# McOllister *v.* The State.

## *Murder.*

### (Decided June 12, 1913.   62 South. 767.)

*Bill of Exceptions; Presentation; Time.*—A bill of exceptions must be presented to the trial judge within the time provided by section 3019, Code 1907, which must be shown by the endorsement of the judge thereon, and where not shown to have been presented within that time, such bill of exceptions must be stricken on motion as provided by section 3020, Code 1907.

APPEAL from Colbert Circuit Court.

Heard before Hon. C. P. ALMON.

Tom McOllister, alias, etc., was convicted of murder and he appeals. The case was submitted on motion to strike the bill of exceptions, and on the merits. The bill of exceptions stricken and the cause affirmed.

ALMON, ANDREWS & PEACH, for appellant. No brief reached the Reporter.

R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State. The motion to strike the bill of exceptions should be sustained. The judgment of the court was rendered on October 19, 1912, and the bill of exceptions presented to the trial judge on January 18, 1913, ninety-one days after the judgment.—Code, section 3019; *McLeod v. Flournoy,* 3 Ala. App. 547; *Yolande Coal & Coke Co. v. Norwood,* 4 Ala. Apls, 390; *Cassells' Mill v. Strater Bros. Grain Co.,* 166 Ala. 274.

MAYFIELD, J.—The bill of exceptions in this case must be stricken on motion of the Attorney General.

[McOllister v. The State.]

The time within which bills of exceptions must be presented to the trial court and signed by him is fixed by statute.—Code, § 3019. They are required to be presented within 90 days from the day on which judgment is entered. The true date of presenting is required to be evidenced by the trial judge and by his signing his name to such indorsement.

The judgment in this case was entered on October 19, 1912, and the indorsement of the trial judge shows that it was presented to him on January 18, 1913. It was therefore not presented within the time prescribed by the statute and must be stricken on motion of the Attorney General, as is authorized by section 3020 of the Code.—*Cassell's Mill v. Strater Bros.,* 166 Ala. 274, 51 South. 969, and cases cited; *Smith v. State,* 166 Ala. 24, 52 South. 396; *Edinburgh Co. v. Canterbury,* 169 Ala. 444, 53 South. 823; *Smith v. Smith,* 173 Ala. 547, 55 South. 1009.

The record in this case has been carefully examined and searched for error as required by section 6264 et seq. of the Code, but no error has been found. It therefore results that the judgment of the lower court must be affirmed.

Affirmed.

DOWDELL, C. J., and ANDERSON and DE GRAFFENRIED, JJ., concur.